**Opinion issued December 19, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-00942-CV

———————————

**AIRCON CORPORATION AND GRECON, INC., Appellants**

**V.**

**RALPH A. FIGGS, Appellee**

On Appeal from the 129th District Court
Harris County, Texas
Trial Court Case No. 2016-26100

## MEMORANDUM OPINION

This appeal from a judgment signed on July 25, 2018 was assigned to the First Court of Appeals; however, the Harris County District Clerk subsequently filed a letter advising that it filed the notice of appeal with this court in error and the appeal should have been assigned to the Fourteenth Court of Appeals. Because this cause was erroneously assigned to this court, the appeal is ordered dismissed.

## PER CURIAM

Panel consists of Justices Keyes, Goodman, and Countiss.